PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARPENTER,<br><br>    Plaintiff,<br><br>  v.<br><br>REX TILLERSON, et. al,<br><br>    Defendant. | Case No.: 1:17-cv-637 DAD SAB<br><br>**Joint Stipulation and Order re: Extension of Time** |

   This is an immigration case in which Plaintiff alleges a delay in the adjudication of his son's immigrant visa. The parties are exploring the possibility of an administrative resolution to this matter, and stipulate to a 60-day extension of time both for the filing of the government's answer to the complaint and the filing of the Joint Scheduling Report.

Dated: July 12, 2017       Respectfully submitted,

                PHILLIP A. TALBERT
                United States Attorney

                /s/ Audrey B. Hemesath
                AUDREY B. HEMESATH
                Assistant U.S. Attorney

                /s/ David M. Sturman
                DAVID M. STURMAN
                Attorney for Plaintiff

1

ORDER

The time for filing an amended Complaint is extended until September 14, 2017. The Scheduling Conference is rescheduled to November 14, 2017 at 3:00 p.m. before Magistrate Judge Stanley A. Boone. A Joint Scheduling Report is due one week before the new conference date.

IT IS SO ORDERED.

Dated: **July 14, 2017**

UNITED STATES MAGISTRATE JUDGE

2